IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No:  5:12-CR-145-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN MANOUSARIDIS, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the Court on the motion to quash filed by Bobby Weeks on March 21, 2013, DE-65.  The United States filed a response on March 22, 2013.

Upon consideration of the motion, the response of the United States in opposition, and the record as a whole,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the motion to quash filed by Bobby Weeks on March 21, 2013, is DENIED as moot.

SO ORDERED this __1__ day of _April_, 2013.

_Terrence Boyle_
TERRENCE W. BOYLE
U.S. District Judge