IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CR-145-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN MANOUSARIDIS. | ) | |

This matter is before the Court on petitioner's motion to terminate his supervised release. The United States Probation Office has no objection. The government opposes the motion.

Petitioner has completed over two years of his three years of supervised release. In this time, he has complied with the terms of supervised release. He has been employed since release from prison. He maintains a residence. He has fully paid restitution in the amount of $93,676.00. Petitioner's probation officer has no objection to early termination of supervised release. The Court notes the government's objections but does not find them persuasive. Accordingly, having considered the factors set forth in 18 U.S.C. § 3553(a) and 18 U.S.C. § 3564(c), and without opposition from the United States Probation Office, the Court GRANTS petitioner's request for early termination [DE 70]. Petitioner's counsel's request for permissive leave to withdraw as counsel of record is noted and permitted.

SO ORDERED, this _16_ day of February, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE